**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-3141

CLINT A. RAMSEY,

Plaintiff - Appellant,

versus

TOYOTA MOTOR SALES, U.S.A., INCORPORATED;
CENTRAL ATLANTIC TOYOTA DISTRIBUTORS, INCOR-
PORATED; ROBERT SKELTON; RANDY PFLUGHAUPT;
STEVE NIVEN, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
94-1552-CCB)

Submitted: July 23, 1996   Decided: July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clint A. Ramsey, Appellant Pro Se. Richard Jeffrey Magid, WHITE-
FORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment to the Defendants in an employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ramsey v. Toyota Motor Sales</u>, No. CA-94-1552-CCB (D. Md. Nov. 7, 1995). Additionally, we deny the Appellees' motion to strike the Appellant's memorandum in opposition to Appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>